**ON REHEARING**

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-2087**

MATHURIN MARC OLAMA ONANA,

                                          Petitioner,

        versus

ALBERTO R. GONZALES, Attorney General,

                                          Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A73-556-660)

Submitted:  November 16, 2005        Decided:  January 11, 2006

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Steven Kreiss, Washington, D.C., for Petitioner.  Peter D. Keisler,
Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant
Director, Michelle E. Gorden, Senior Litigation Counsel, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mathurin Marc Olama Onana, a native and citizen of Cameroon, petitions for review of an August 4, 2004 order of the Board of Immigration Appeals ("Board") denying his second motion to reopen immigration proceedings.[*] We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion as untimely filed and as exceeding the numerical limitations for motions to reopen. See 8 C.F.R. § 1003.2(c)(2) (2005); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*]By unpublished per curiam opinion filed on September 23, 2005, we initially dismissed the petition for review as moot. We subsequently granted Onana's petition for panel rehearing, vacating our earlier opinion.